# IN THE UNITED STATES DISTRICT COURT,
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SHAW, | No. 2:07-1553 |
| Plaintiff, | The Honorable Gary L. Lancaster |
| v. | United States District Judge |
| STATE FARM INSURANCE COMPANY, | |
| Defendants. | |

## STIPULATION

AND NOW, come the parties, through their respective counsel and hereby Stipulate as follows:

1. Any and all of Plaintiff's claims for income loss benefits under the applicable State Farm policy are hereby dismissed with prejudice; and

2. Count II and any and all claims for bad faith, punitive damages and attorney fees are hereby dismissed with prejudice.

Respectfully submitted,

LAW OFFICES OF BRUCE H. GELMAN

By: /s/ Bruce H. Gelman
   Bruce H. Gelman, Esquire
   Pa. I.D. # 66048
   Counsel for Plaintiff

Respectfully submitted,

ROBB LEONARD MULVIHILL LLP

By: /s/ Daniel L. Rivetti
   Daniel L. Rivetti
   Pa. I.D. # 73015
   Counsel for Defendant

IT IS SO ORDERED.

By the Court

DATED: 3-25-09

:60936.1