IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID SHAW,

    Plaintiff,

vs.

STATE FARM INSURANCE COMPANY,

    Defendant.

Civil Action No. 2:07 cv 1553

**JURY TRIAL DEMANDED**

## ORDER OF COURT

**AND NOW**, to wit this 14 day of May, 2008, upon review of the parties' Stipulation, it is hereby Ordered, Adjudged and Decreed that:

1. The parties' Cross-motions for Summary Judgment and Joint Stipulation of Facts shall be filed by no later than June 6, 2008.

2. Responsive Briefs, if any, shall be filed by no later than July 7, 2008.

3. The Status Conference of May 15, 2008 is hereby cancelled.

By the Court:

/s/ L. Lancaster

:64259.1